IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JOSHUA GLENN MAYNARD,**

    **Plaintiff,**

v.                                **CIVIL ACTION NO.:2:15-CV-13031**
                                     **HONORABLE THOMAS E. JOHNSTON**

**SOUTHERN COAL CORPORATION,**
a foreign corporation,

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the parties, through the undersigned counsel, hereby stipulate to the dismissal of this Action with Prejudice.


*/s/ Matthew H. Nelson*_____
Stephen B. Farmer (W.Va. Bar No. 1165)
Matthew H. Nelson (W.Va. Bar No. 10140)
FARMER CLINE & CAMPBLL, PLLC
453 Suncrest Towne Centre, Suite 300
Morgantown, WV 26505
mhnelso@fcclaw.net
Phone: 304-225-5990
Facsimile: 304-225-5980

*/s/ Andrew L. Ellis*_____
John F. Hussell, IV
Andrew L. Ellis
John D. (Jody) Wooton, Jr.
Wooton, Wooton & Davis, PLLC
105 Capitol Street, Suite 200
Post Office Box 3971
Charleston, West Virginia 25339
(304) 345-0709