IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOSHUA GLENN MAYNARD,

        Plaintiff,

v.                                               CIVIL ACTION NO.   2:15-cv-13031

SOUTHERN COAL CORPORATION,

        Defendant.

## DISMISSAL ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (ECF No. 12). In accordance with that stipulation, and pursuant to Federal Rule of Civil Procedure 41(a), the Court **DIRECTS** that this case be **DISMISSED WITH PREJUDICE** and removed from the docket of the Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                      ENTER:        September 26, 2016

                                      THOMAS E. JOHNSTON
                                      UNITED STATES DISTRICT JUDGE